UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:15-cr-131-FtM-38CM

PABLO NOEL COLON
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following asset:

> The real property, including all improvements thereon and appurtenances thereto, located at 407 Richmond Avenue N., Lehigh Acres, Florida 33972, titled in the name of Pablo N. Colon, which is legally described as follows:
>
> Lot 11, Block 4, Unit 1, Section 28, Township 44 South, Range 27 East, Lehigh Acres, according to the map or plat on file in the office of the Clerk of the Circuit Court, recorded in Plat Book 15, page 43, Public Records of Lee County, Florida.
>
> Parcel Identification Number: 28-44-27-01-00004.0110.

The defendant pled guilty to possession with intent to distribute cocaine as charged in Count One of the Superseding Information, and the Court adjudged him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the identified real property and the offense of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the real property identified above is forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 46, p. 10), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of the property sought by the government.

**ORDERED** in Fort Myers, Florida on June 22, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record