UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:15-cr-131-FtM-38CM

PABLO NOEL COLON
_____

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following:

> The Real Property, including all improvements thereon and appurtenances thereto, located at 407 Richmond Avenue N., Lehigh Acres, Florida 33972, titled in the name of Pablo N. Colon, which is legally described as follows:
>
> Lot 11, Block 4, Unit 1, Section 28, Township 44 South, Range 27 East, Lehigh Acres, according to the map or plat on file in the office of the Clerk of the Circuit Court, recorded in Plat Book 15, page 43, Public Records of Lee County, Florida.
>
> Parcel Identification Number: 28-44-27-01-00004.0110.

On June 22, 2016, the Court entered a Preliminary Order of Forfeiture for the Real Property described above, pursuant to 21 U.S.C. § 853.  Doc. 59.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the Real Property on the official government website, www.forfeiture.gov, from June 24, 2016 through July 23, 2016.  Doc. 62.  The publication gave notice to all third parties with a legal interest in the Real Property

to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

The Count finds that no person or entity, other than Colon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the Lee County Tax Collector (whose interest has been recognized) are known to have an interest in the Real Property.   No third party has filed a petition or claimed an interest in these Real Property, and the time for filing a petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the Real Property identified above is CONDEMNED and FORFEITED to the United States for disposition according to law, subject to the payment by the United States of any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Lee County Tax Collector.

Clear title to the Real Property is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on August 30, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies to:   All Parties/Counsel of Record

3